UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT ADAM MCGUFFEY,<br><br>　　　　　　Petitioner,<br>　v.<br>NEVADA, STATE OF, et al.,<br><br>　　　　　　Respondents. | Case No. 3:19-cv-00069-HDM-WGC<br><br>ORDER |

This court denied § 2254 habeas corpus petitioner Robert Adam McGuffey's application to proceed in forma pauperis on April 2, 2019 and directed him to pay the $5.00 filing fee within thirty days (ECF No. 4). More than the allotted time has elapsed, and McGuffey has not paid the filing fee nor contacted the court in any way. Accordingly, the petition shall be dismissed without prejudice for failure to comply with this court's order to pay the filing fee.

**IT IS THEREFORE ORDERED** that the Clerk shall detach and file the habeas petition (ECF No. 1-2).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: August 7, 2019.

*Howard D. McKibben*

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE